COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| MINERVA NAJERA, | § | No. 08-17-00011-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| JOSE MARTINEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016DCV1012) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order dismissing the case for want of prosecution. We therefore reverse the trial court's order dismissing the case for want of prosecution and remand this case to the trial court for reinstatement in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF AUGUST, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.